No. 504.  STILLEY PLYWOOD CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 4th Cir.  Certiorari de-

934

nied. *John H. Lumpkin* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling* and *Bernard Dunau* for respondent.